E-FILED
Thursday, 09 October, 2014 05:15:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JOSEPH L. POPE,
    Plaintiff,

v.                             14-CV-3243

ILLINOIS DEPARTMENT OF
CORRECTIONS,
    Defendant,

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

The Plaintiff, a pro se prisoner, filed a document with the court entitled "petition for injunction." [1] The Plaintiff is incarcerated at Lincoln Correctional Center and says he is not allowed sufficient time in the law library, nor is he allowed access to legal services. Consequently, the Plaintiff says he can not meet deadlines in "on-going state legal issues." (Mot, p. 1). The Plaintiff is asking the court to order Lincoln Correctional Center to allow inmates access to legal services at least two days a week.

The purpose of a motion for emergency injunctive relief such as a temporary restraining order and ultimately a preliminary

injunction is to preserve the status quo pending a final hearing on the merits of a case. *American Hospital Ass'n v Harris*, 625 F.2d 1328, 1330 (7th Cir. 1980). However, the Plaintiff has not filed a complaint, nor has he paid the required filing fee. Therefore, his motion is denied.[1]

If the Plaintiff wishes to pursue litigation, he must first file a complaint clearly stating his intended claims, when the incident occurred and which specific individuals or Defendants were involved. The Plaintiff must also pay the $400 filing fee in full or file a motion to proceed in forma pauperis. The court will provide the Plaintiff with a blank complaint form and motion to proceed in forma pauperis form to assist him. If the Plaintiff does not intend to pursue litigation, he must inform the court in writing.

IT IS THEREFORE ORDERED that:

1) The Plaintiff's petition for an injunction is denied. [1]

2) If the Plaintiff wishes to pursue a lawsuit pursuant to 42 U.S.C. §1983, he must file a complaint clearly stating his intended claims and defendants on or before October 31, 2014. He must also either pay the $400 filing fee in full or file

a motion to proceed in forma pauperis on or before October 31, 2014.

3) If the Plaintiff did not intend to pursue a lawsuit, he must inform the court in writing on or before October 31, 2014.

4) If the Plaintiff does not respond to this order on or before the October 31, 2014 deadline, the court will assume he did intend to file a lawsuit and he will be responsible for the $400 filing fee even though his case may be dismissed.

5) The clerk of the court is to send the Plaintiff a blank §1983 complaint form and a blank motion to proceed in forma pauperis form to assist him. The clerk is also to set an internal merit review deadline on November 17, 2014.

ENTER: October 9, 2014.

FOR THE COURT:

                                              s/ Sue E. Myerscough
                                        SUE E. MYERSCOUGH
                               UNITED STATES DISTRICT JUDGE